Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−33021−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

J'Quain T. Koon
133 East Brook Lane
Willingboro, NJ 08046

Adwoa E. Koon
aka Adwoa E. Aikins
133 East Brook Lane
Willingboro, NJ 08046

Social Security No.:
 xxx−xx−9779                                xxx−xx−7356

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 3, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2020
JAN: rms

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
J'Quain T. Koon  
Adwoa E. Koon  
    Debtor(s)

Case No. 19-33021-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2020     Form ID: 148     Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | J'Quain T. Koon, Adwoa E. Koon, 133 East Brook Lane, Willingboro, NJ 08046-2224 |
| 518612926 | + | APEX Asset Management, PO BOX 5407, Lancaster, PA 17606-5407 |
| 518612931 | + | Bank of America/Midland Funding, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518612934 | + | Care One at Moorestown, c/o John J. McKernan, Court Officer, PO Box 303, New Gretna, NJ 08224-0303 |
| 518612935 | + | Center for Family Guidance, 765 East Route 70 Building A-100, Marlton, NJ 08053-2341 |
| 518612936 | + | Center for Family Guidance PC, 765 East Route 70 Building A-100, Marlton, NJ 08053-2341 |
| 518612937 | | Children's Hospital of Philadelphia, Physician Billing, PO Box 788017, Philadelphia, PA 19178-8017 |
| 518612939 | + | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson St., Peoria, IL 61602-1256 |
| 518612940 | | Cooper Univeristy Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518612941 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518612942 | | Cooper University Healthcare, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518612943 | | Cooper University Healthcare, c/o Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 518612947 | | Dorfner Family Medicine, 811 Sunset Road, Ste 101, Burlington, NJ 08016-3645 |
| 518612948 | + | Drs. Gensler and Zudans, 1303 Mt. Holly Road, Burlington, NJ 08016-3733 |
| 518612949 | | HSBC Bank Nevada NA, c/o Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518612950 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 518612951 | + | Larchmont Imaging, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518612952 | + | Larchmont Medical Imaging, 1295 Route 38 West, Hainesport, NJ 08036-2702 |
| 518612953 | | Lourdes Med Ctr of Burlington County, PO Box 822112, Philadelphia, PA 19182-2112 |
| 518612954 | | Lourdes Medical Associates, c/o Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518685398 | + | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 518612955 | + | Midland Funding, c/o Trust Account of Kennon Jenkins, PO Box 781, Mount Holly, NJ 08060-0781 |
| 518612957 | | New Century Financial Services, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518612956 | + | New Century Financial Services, c/o Saddle Creek Corp, 1500 John Galt Way, Burlington, NJ 08016-2144 |
| 518612958 | | Ocean Home Health, QMES New Jersey Region, PO BOX 71413, Philadelphia, PA 19176-1413 |
| 518612959 | + | PA Turnpike Toll by Plate, 8000C Derry Street, Harrisburg, PA 17111-5200 |
| 518612963 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518612960 | | Penn Medicine, UPHS Phsicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518612961 | # | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 518612964 | + | Regional Women's Health Group, PO Box 536, Voorhees, NJ 08043-0536 |
| 518612965 | + | South Jersey Eye Physicians, PA, Blason III, 509 S. Lenola Rd., Suite 11, Moorestown, NJ 08057-1556 |
| 518612966 | | State of New Jersey, Dept of labor & Workforce Development, PO Box 951, Trenton, NJ 08625-0951 |
| 518612967 | | State of New Jersey, Division of Pensions and Benefits, PO Box 654, Trenton, NJ 08646-0654 |
| 518612969 | | The Money Source, PO Box 650094, Dallas, TX 75265-0094 |
| 518612968 | + | The Money Source, c/o Steven K. Eisenberg, Esquire, 1040 Kings Highway North, Cherry Hill, NJ 08034-1908 |
| 518720814 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518612970 | | U.S. Department of Education, National Payment Center, PO Box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

Case 19-33021-CMG    Doc 31    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 148 | Total Noticed: 59 |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518612925 | EDI: AFNIRECOVERY.COM | Dec 04 2020 02:33:00 | AFNI, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 518612928 | EDI: CINGMIDLAND.COM | Dec 04 2020 02:33:00 | AT&T Mobility, PO Box 6463, Carol Stream, IL 60197-6463 |
| 518612929 | + EDI: CINGMIDLAND.COM | Dec 04 2020 02:33:00 | AT&T Wireless, 208 S. Akard St., Dallas, TX 75202-4206 |
| 518627471 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 23:09:21 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518612930 | EDI: BANKAMER.COM | Dec 04 2020 02:33:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 518612932 | Email/Text: info@chcollects.com | Dec 03 2020 22:06:00 | C&H Collection Services, Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 518662845 | + EDI: LCIFULLSRV | Dec 04 2020 02:33:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518612933 | + EDI: CAPITALONE.COM | Dec 04 2020 02:33:00 | Capital One Bank USA NA, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 518612938 | EDI: COMCASTCBLCENT | Dec 04 2020 02:33:00 | Comcast, Po Box 3002, Southeastern, PA 19398-3002 |
| 518612944 | + EDI: CCS.COM | Dec 04 2020 02:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518612946 | EDI: DIRECTV.COM | Dec 04 2020 02:33:00 | DirecTV, PO Box 11732, Newark, NJ 07101-4732 |
| 518612945 | + EDI: NAVIENTFKASMDOE.COM | Dec 04 2020 02:33:00 | Department of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518616734 | + EDI: AIS.COM | Dec 04 2020 02:33:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518627432 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 23:16:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518711647 | + EDI: MID8.COM | Dec 04 2020 02:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518656581 | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518612962 | EDI: IIC9.COM | Dec 04 2020 02:33:00 | PSE&G, c/o IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518612972 | + EDI: VERIZONCOMB.COM | Dec 04 2020 02:33:00 | Verizon, c/o Midland Funding LLC, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 518612971 | EDI: VERIZONCOMB.COM | Dec 04 2020 02:33:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 518612973 | + EDI: MID8.COM | Dec 04 2020 02:33:00 | World Financial Network, c/o Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 03, 2020 | Form ID: 148 | Total Noticed: 59

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518612927 | * | Apex Asset Management LLC, PO Box 5407, Lancaster, PA 17606-5407 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Adwoa E. Koon jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Debtor J'Quain T. Koon jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6