Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–33021–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

J'Quain T. Koon
133 East Brook Lane
Willingboro, NJ 08046

Adwoa E. Koon
aka Adwoa E. Aikins
133 East Brook Lane
Willingboro, NJ 08046

Social Security No.:
xxx–xx–9779

xxx–xx–7356

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 12, 2021</u>

<u>Christine M. Gravelle</u>
Judge, United States Bankruptcy Court